Leonard NEAL, Appellant,

v.

RYDER TRUCK RENTAL, INC. and Treasurer of Missouri, as Custodian of the Second Injury Fund, Respondents.

No. WD 48389.

Missouri Court of Appeals, Western District.

March 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

Russell C. Still, Columbia, for appellant.

William F. Ringer, Kansas City, for respondent Ryder Truck Rental.

Cynthia A. Quetsch, Asst. Atty. Gen., Jefferson City, for respondent State of Missouri, Second Injury Fund.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal by Workers' Compensation claimant from award finding him permanently partially disabled.

The award is affirmed pursuant to Rule 84.16(b).